# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| VICTORIA HARWELL GARDNER | )   Case Number 11-40659 |
| | ) |
| Tax payer ID Nos. xxx-xx-1096 | ) |
| | ) |
| Debtor | ) |

SECTION 341 PROCEEDINGS MEMO 01-13-12

X    Debtor did not appear, was not sworn.

X    Following creditors appeared:  None.

Trustee Notes:

Debtor attorney appeared, debtor could not be present due to family emergency.

The 341 meeting is therefore continued to the trustee video conferencing date and time of 02/23/12 at 10:00 AM, at the trustee's office at 212 Cooper Street, Statesville, NC.

01-13-12

/s/ Steven G. Tate

Steven G. Tate, Chapter 12 Trustee
And Presiding Officer
212 Cooper Street
Statesville NC  28677
704-872-2401